```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA       *
ex rel. MITRA RANGARAJAN       *
                               *
v.                             *   Civil Action No. WMN-12-1953
                               *
JOHNS HOPKINS HEALTH SYSTEM    *
CORP. et al.                   *
                               *

    *   *   *   *   *   *   *  *  *  *  *  *  *  *  *  *
                               *
MITRA RANGARAJAN               *
                               *
V.                             *   Civil Action No. WMN-13-3630
                               *
JOHNS HOPKINS UNIVERSITY       *
                               *

    *   *   *   *   *   *   *  *  *  *  *  *  *  *  *  *
                               *
MITRA RANGARAJAN               *
                               *
V.                             *   Civil Action No. WMN-17-807
                               *
JOHNS HOPKINS HEALTH SYSTEM    *
CORP. et al.                   *
                               *
```

**ORDER**

In accordance with the foregoing Memorandum, and for the reasons stated therein, IT IS this 16th day of June, 2017, by the United States District Court for the District of Maryland,

ORDERED:

(1) That Defendants' Motion to Strike Plaintiff's Opposition to Defendants' Motion for Summary Judgment, Stay

Further Proceedings, and Dismiss Plaintiff's Action with Prejudice, ECF No. 131, is GRANTED;

    (2) That consolidated cases Civil Action No. WMN-12-1953 and Civil Action No. WMN-13-3630 are DISMISSED, with prejudice;

    (3) That Civil Action No. WMN-17-807 is DISMISSED, with prejudice; and

    (4) That the Clerk of the Court shall transmit a copy of this Memorandum and Order to all counsel of record.

                                    _____/s/_____
                                    William M. Nickerson
                                    Senior United States District Judge